# FILED
## UNDER
# SEAL

STEVEN W. MYHRE
Acting United States Attorney
CHRISTOPHER BURTON
Assistant United States Attorney
501 Las Vegas Blvd South
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:17-MJ-881 |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| Jason MADI ) | | PRETRIAL RELEASE |
| Defendant ) | | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Samira A. Barlow, Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 6th day of December, 2017.

STEVEN W. MYHRE
United States Attorney

By     /S/
  Christopher Burton
   Assistant U. S. Attorney

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEVADA

U.S.A. vs. Jason MADI                                   Docket No. 2:17-MJ-881

Amended Petition for Action on Conditions of Pretrial Release

COMES NOW Samira A. Barlow, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jason Madi, who was placed under pretrial release supervision by U.S. Magistrate Judge Nancy J. Koppe in the Court at Las Vegas, Nevada, on September 5, 2017, on a Personal Recognizance Bond with the following conditions:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall satisfy all outstanding warrants within 90 days and provide verification to Pretrial Services or the supervising officer.
3. The defendant shall maintain current residence.
4. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
5. The defendant shall avoid all contact directly or indirectly with any person who is or may become a victim or potential witness in the investigation or prosecution.
6. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
7. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance.
8. The defendant shall pay all or part of the cost of the testing program based upon his ability to pay as Pretrial Services or the supervising officer determines.
9. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
10. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.

On November 21, 2017, U.S. Magistrate Judge Nancy J. Koppe modified the defendant's release conditions to include the following:

1. The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if Pretrial Services or the supervising officer considers it advisable.
2. The defendant shall pay all or part of the cost of the substance abuse treatment program or evaluation based upon his ability to pay as determined by Pretrial Services or the supervising officer.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. On September 23, 2017, the defendant failed to provide a urine sample.
2. On October 21, 2017, the defendant tested positive for the presence of methamphetamine.
3. On October 24, 2017, the defendant tested positive for the presence of methamphetamine.
4. On November 7, 2017, the defendant failed to report for drug testing.
5. On November 8, 2017, the defendant tested positive for the presence of methamphetamine.
6. On November 9, 2017, the defendant tested positive for the presence of amphetamine.
7. On November 17, 2017, the defendant failed to provide a urine sample.

8. On November 30, 2017, the defendant tested positive for the presence of amphetamine, methamphetamine, and ecstasy.
9. On December 1, 2017, the defendant failed to report for drug testing.
10. On December 2, 2017, the defendant was arrested for a new offense.

**PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE SET TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this __6th__ day of December, 2017, and ordered filed and made a part of the records in the above case.

_____
Honorable Nancy J. Koppe
United States Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct.
Executed on this 6th day of December, 2017.

Respectfully Submitted,

_____
Samira A. Barlow
United States Pretrial Services Officer
Place: Las Vegas, Nevada